UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ISELA QUINTANA

                    Plaintiff(s),

         v.

NYK LINE (NORTH AMERICA) INC. , et al.



                    Defendant(s).

CASE NO:
2:14−cv−08967−MMM−AGR


ORDER DISMISSING CIVIL ACTION

---

THE COURT having been advised by counsel that the above−entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days**, to re−open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**


Dated: December 10, 2015

_____
Margaret M. Morrow
United States District Judge